THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL, INC., *et al.*, | CASE NO. C20-1116-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RICHARD PARKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time to respond to Defendant Klersun LLC's motion to dismiss (Dkt. No. 23.) Klersun does not oppose Plaintiffs' motion, but requests that if the Court grants it, that the Court renote its motion for consideration on November 22, 2020. (*See* Dkt. No. 32 at 2.) Under these circumstances, the Court finds good cause and GRANTS Plaintiff's motion. The Court DIRECTS the Clerk to renote Defendant Klersun LLC's motion to dismiss (Dkt. No. 13) for consideration on November 23, 2020.[1] Plaintiffs must file their response to Defendant's motion no later than November 16, 2020. In the future, the parties are encouraged to implement agreed extensions on pending motions without the Court's involvement by making use of Local Civil Rule 7(l) or, if the

---

[1] November 22, 2020, the date Klersun requested, is a Sunday.

MINUTE ORDER
C20-1116-JCC
PAGE - 1

1. Court's involvement is necessary, by filing a stipulated motion.

DATED this 5th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
