THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL, INC, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD PARKER, *et al.*, <br><br> Defendants. | CASE NO. C20-1116-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In light of the uncertainty about the Court's jurisdiction, the Court DIRECTS the Clerk to renote Plaintiffs' motions to permit alternative methods of service (Dkt. Nos. 24–29) for consideration on January 13, 2021. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998) ("Without jurisdiction the court cannot proceed at all in any cause.") (quoting *Ex parte McCardle*, 7 Wall. 506, 514 (1868)).

DATED this 4th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1116-JCC
PAGE - 1