THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL INC, *et al.*, | CASE NO. C20-1116-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RICHARD PARKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed this action in July 2020. (Dkt. No. 1). In October of that year, the Court denied their motions to serve various Defendants by means other than personal service. (Dkt. No. 21.) In February 2021, the Court granted Plaintiffs' motion to serve defendant Eugene Elfrank by mail under Washington Superior Court Civil Rule 4(d)(4) but denied that request as to Richard Parker, Samuel Adams, and Cypress Creek ventures, among others. (Dkt. No. 44.) With respect to Adams and Cypress Creek, the Court denied Plaintiffs' motion because Plaintiffs failed to show they had been unable to make service after "reasonable diligence." (*Id.* at 2–4.) As for Parker, Plaintiffs had not shown that Washington law, or the law of the place where service is made, would permit service by mail. (*Id.* at 5.)

MINUTE ORDER
C20-1116-JCC
PAGE - 1

In July 2021, the Court denied Plaintiffs' motion to serve Samuel Adams and Cypress Creek by publication, reasoning that Plaintiffs' attempt to serve them at a UPS store in September 2020 and a later attempt to serve Adams in Redmond, Washington, in April 2021 were insufficient to show that these parties could not be served through reasonable diligence or were evading service. (Dkt. No. 68 at 3–4.)

Plaintiff apparently served Eugene Elfrank by mail and personally served Gratziela Crisovan in April 2021. (Dkt. Nos. 57–58.) However, Plaintiff has never filed proof of service on Defendants Richard Parker, Alternative Resource Inc., Samuel Adams, Cypress Creek Ventures LLC, Paul Donion, or the Law Office of Paul M. Donion LLC.[1]

The 90-day deadline to serve process under Federal Rule of Civil Procedure 4(m) has passed several times over, and it has also been more than 90 days since the Court's July 2021 order denying Plaintiffs' most recent motion for alternative service. (*See* Dkt. No. 68.)

Accordingly it is hereby ORDERED that within 14 days of this order, Plaintiff must show good cause why this action should not be dismissed for failure to prosecute as to Richard Parker, Alternative Resource Inc., Samuel Adams, and Cypress Creek Ventures LLC.

DATED this 22nd day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

---

[1] The Donion Defendants have appeared purporting to reserve their ability to challenge service and the sufficiency of process, among other things, (Dkt. No. 18), although they have not raised either defense in their first Rule 12 motion. (*See* Dkt. No. 45).