THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL INC., *et al.*, | CASE NO. C20-1116-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RICHARD PARKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On October 22, 2021, the Court entered a minute order directing Plaintiffs to show cause why the action should not be dismissed for failure to prosecute, given the significant time that had passed without process being served on Richard Parker, Alternative Resource, Inc., Samuel Adams, or Cypress Creek Ventures, LLC. (Dkt. No. 73.)

Plaintiffs responded on November 5, 2021, indicating that they had served Cypress Creek by mail in accordance with state law. (Dkt. No. 76 at 2.)[1] Plaintiffs now asks the Court to afford another 60 days to serve the remaining Defendants. (*Id.* at 4). Plaintiffs explain that they have been unable to serve those Defendants through reasonable diligence and have hired a private

---

[1] Whether this service is sufficient or valid is not presently before the Court.

MINUTE ORDER
C20-1116-JCC
PAGE - 1

investigator to locate Parker in California. (Dkt. No. 76 at 4.) However, plaintiffs do not identify anything further—aside from learning some new information about Sam Adams, and asserting that their "diligent efforts are ongoing"—that they did to try to serve Parker, Alternative Resource, or Adams after the Court denied their motion for alternative service in July 2021. (*See* Dkt. No. 76 at 34.)

Accordingly, it is hereby ORDERED as follows:

- Plaintiffs' request for 60 additional days to effect service is DENIED.
- Plaintiffs must serve Adams within 30 days of this minute order.
- Within 30 days of this minute order, Plaintiffs must either (1) serve Parker and Alternative Resource, or (2) file a motion specifying when and how they propose to serve those Defendants and detailing, with evidence, their efforts to do so, including efforts postdating this minute order.

DATED this 19th day of November 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk