THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL INC, *et al.*, | CASE NO. C20-1116-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| RICHARD PARKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant Richard Parker's unopposed motion for relief from LCR 83.1(d)(2) (Dkt. No. 85), is hereby GRANTED. Mr. Schauermann may serve as local counsel for purposes of this case.

DATED this 21st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-1116-JCC
PAGE - 1