THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DODO INTERNATIONAL, INC., *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>EUGENE ELFRANK, *et al.*,<br><br>          Defendants. | CASE NO. C20-1116 JCC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' motions for default judgment. (Dkt. Nos. 123, 123-1, 123-2.) Eugene Elfrank, Gratziela Crisovan, and Sam Adams ("Defendants") were properly served, yet have failed to appear and defend themselves, and have been found to be in default. (Dkt. No. 124.) In light of these circumstances, and having thoroughly considered Plaintiffs' motions and the accompanying declarations, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby ORDERED that:

1. Plaintiffs' motions for a default judgment against Defendants Elfrank, Crisovan, and Adams (Dkt. No. 123, 123-1, 123-2) are GRANTED.

2. Plaintiffs are awarded default judgment against Defendants in the amount of $955,821.50 this sum representing:

   a. Economic loss in the amount of $56,197 as against Defendant Adams;

ORDER
C20-1116 JCC
PAGE - 1

1           b.  Economic loss in the amount of $831,670 as against Defendants Elfrank and

2               Crisovan;

3           c.  Court and litigation costs in the amount of $15,017.60 against each

4               Defendant; and

5           d.  Attorney's fees in the amount of $52,937.50 against each Defendant.

6    3.  Post-judgment interest on the judgment shall accrue at the statutory rate set forth in

7        28 U.S.C. § 1961(a). *See Northrop Corp. v. Triad Intern. Marketing, S.A.*, 842 F.2d

8        1154, 1155 (9th Cir. 1988); LCR 55(b)(2)(B).

9

10

11    DATED this 27th day of October 2023.

12

13

14    _____

15    John C. Coughenour
      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

ORDER
C20-1116 JCC
PAGE - 2